## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 19, 2007*

[Cite as *06/19/2007 Case Announcements*, 2007-Ohio-3034.]

### MOTION AND PROCEDURAL RULINGS

**1991–0963. State v. Carter.**

Hamilton App. No. C–890513. By entry filed March 28, 2007, this court ordered that appellant's sentence be carried into execution on July 10, 2007. In order to facilitate this court's timely consideration of any matters relating to the execution of appellant's sentence,

IT IS ORDERED by the court that the Chief Justice may suspend application of any provisions of the Rules of Practice of the Supreme Court, including, but not limited to, the filing requirements imposed by S.Ct.Prac.R. XIV(1).

IT IS FURTHER ORDERED that service of documents as required by S.Ct.Prac.R. XIV(2), shall be personal, by facsimile transmission, or by e-mail.

IT IS FURTHER ORDERED that counsel of record for the parties shall provide this court with a copy of any document relating to this matter that is filed in, or issued by, any other court in this state or any federal court, as well as any commutation, pardon, or warrant of reprieve issued by the Governor. A copy of the document shall be delivered to the Office of the Clerk as soon as possible, either personally, by facsimile transmission, or by e-mail.

**2007–0114. Cleveland Constr., Inc. v. Cincinnati.**

Hamilton App. Nos. C–050749, C–050779, and C–050888, 2006-Ohio-6452. On motion for stay of lower court decisions awarding attorney fees to Cleveland Construction, Inc.,

It is ordered by the court that the motion is granted.

MOYER, C.J., and CUPP, J., dissent.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 20, 2007*

[Cite as *06/20/2007 Case Announcements*, 2007-Ohio-2904.]

### MERIT DECISIONS WITHOUT OPINIONS

**2007–0542. State ex rel. Watterson v. Disciplinary Counsel.**

In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–0561. Sabitov v. Koch.**

In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–0644. State ex rel. Tomblin v. O'Neill.**

In Mandamus. On complaint in mandamus of Jeffery Tomblin. Sua sponte, cause dismissed as moot.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–0685. State ex rel. Weaver v. Shriver.**

In Procedendo. On respondent's answer and motion for judgment on the pleadings. Motion for judgment on the pleadings granted. Cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–0717. State ex rel. Keith v. Butler Cty. Court of Common Pleas.**

In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.